### Ex Parte Rodriguez.

Solicitud para que se expida mandamiento de Habeas Corpus.

No. 10.—Resuelto en Junio 2, 1903.

Habeas Corpus.—Prisión Subsidiaria por Falta de Pago de Costas.— Una sentencia dictada por una Corte de Distrito condenando al acusado á prisión ó imponiéndole prisión subsidiaria por defecto del pago de costas, no puede servir de fundamento á un procedimiento de Habeas Corpus, mientras no se haya extinguido la pena principal.

#### EXPOSICIÓN DEL CASO.

Los hechos los expone el peticionario en la forma siguiente: Prisco Rodriguez fué condenado por la Corte de Arecibo en 3 de Abril de 1903 á dos meses de cárcel y costas por delito contra el derecho electoral, cuyos dos meses cumplió en el dia de ayer y sin embargo se le retiene en prisión para que cumpla veinte y ocho dias más en defecto de veinte y ocho pesos cincuenta y cinco centavos que ha debido abonar

No. 10.—Decided June 2, 1903.

#### STATEMENT OF THE CASE.

como pago de las costas, según liquidación practicada. No siendo computable por cárcel el importe de las costas que no se abonen por virtud de sentencia de las Cortes de Distrito, no debe el acusado sufrir pena por su falta de pago. En su virtud utilizando el derecho del artículo 469 del Código de Enjuiciamiento Criminal, solicito el oportuno auto de Habeas Corpus.

Abogado del peticionario: *Sr. Falcón.*

Abogado del Pueblo: *Sr. del Toro,* Fiscal.

### Opinión del Tribunal.

*Resultando:* que el abogado Don Ramón Falcón presentó escrito á este Tribunal con fecha 29 de Mayo último, solicitando se expidiera auto de Habeas Corpus á favor de Prisco Rodriguez, preso en la Cárcel de esta Ciudad en virtud de condena impuesta por la Corte de Distrito de Arecibo, en causa seguida al mismo por delito contra el derecho electoral.

*Resultando:* que librado mandamiento en la fecha antes expresada, al Alcaide de la Cárcel de esta Ciudad, tuvo lugar la vista del auto de Habeas Corpus, con asistencia é informe del abogado Sr. Falcón, así como del Sr. Fiscal. Visto.

*Considerando:* que en la fecha en que el penado Prisco Rodriguez ejercitó el Habeas Corpus estaba legalmente privado de libertad y que todavía hoy su prisión es legal, puesto que aún no ha cumplido la pena principal de dos meses de prisión á que fué condenado por el Tribunal de Distrito de Arecibo. No ha lugar á la excarcelación de dicho Prisco Rodriguez, con las costas á su cargo.

Jueces concurrentes: Sres. Presidente, Quiñones, y Asociados, Hernández, Figueras, Sulzbacher y MacLeary.